CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

9/16/2021
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| Crown Packaging Technology, Inc. and CarnaudMetalbox Engineering Ltd.,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>Belvac Production Machinery, Inc.,<br><br>    Defendant/Counterclaim Plaintiff. | 6:18-cv-00070-NKM-RSB<br><br>U.S.D.J. Norman K. Moon<br>U.S.M.J. Robert S. Ballou |

## SEVENTH AMENDED SCHEDULING ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to Amend the Sixth Amended Scheduling Order. Dkt. 154.  For good cause shown, this Seventh Amended Scheduling Order is hereby adopted, as set forth below:

The deadline for filing reply briefs, which are currently due on or before September 20, 2021 is enlarged from September 20, 2021 to September 27, 2021.

It is so ordered.

Entered:  September 16, 2021

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge