CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/11/2022
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CARNAUDMETALBOX ENGINEERING LTD., *Plaintiffs*, v. BELVAC PRODUCTION MACHINERY, INC., *Defendant*. | CASE NO. 6:18-CV-00070 |

### EIGHTH AMENDED SCHEDULING ORDER

This matter is before the Court on Defendant Belvac Production Machinery, Inc.'s Unopposed Motion to Amend the Seventh Amended Scheduling Order (Dkt. 155). Dkt. 221. For good cause shown, the Eighth Amended Scheduling Order is hereby ADOPTED, as set forth below:

The deadline for filing oppositions to any motions in limine, which oppositions are currently due on or before June 3, 2022 is enlarged from June 3, 2022 to June 10, 2022.

It is so ORDERED.

Entered: May 10, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge