CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/26/2022
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **Crown Packaging Technology, Inc. and CarnaudMetalbox Engineering Ltd.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Belvac Production Machinery, Inc.,**<br><br>**Defendant.** | 6:18-cv-00070-NKM-RSB<br><br>U.S.D.J. Norman K. Moon<br>U.S.M.J. Robert S. Ballou |

### NINTH AMENDED SCHEDULING ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Amend the Eighth Amended Scheduling Order. Dkt. 226. For good cause shown, the Ninth Amended Scheduling Order is hereby **ADOPTED**, as set forth below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Motions in Limine Due | May 26, 2022 | No change |
| Parties to exchange Deposition Designations (Fed. R. Civ. P. 26(a)(3)) | May 27, 2022 | Suspended subject to the agreement of the parties outlined in Plaintiffs' Unopposed Motion to Amend the Eighth Amended Scheduling Order, or as the parties may further agree. |
| Parties to exchange Exhibit Lists (Fed. R. Civ. P. 26(a)(3)) | May 27, 2022 | June 1, 2022 |
| Parties to exchange Witness Lists (Dkt. 17 ¶ 21) | June 6, 2022 | No change |
| Oppositions to Motions in Limine due (Dkt. 222) | June 10, 2022 | No change |
| Integrated Pretrial Order due | June 10, 2022 | No change |

| Objections to witnesses, deposition designations, and exhibits (Fed. R. Civ. P. 26(a)(3)(B)) | June 10, 2022 | Suspended subject to the agreement of the parties outlined in Plaintiffs' Unopposed Motion to Amend the Eighth Amended Scheduling Order, or as the parties may further agree. |
| --- | --- | --- |
| Pretrial Conference (Dkt. 223) | June 15, 2022 at 2:30 p.m. | No change |
| Proposed jury instructions and verdict sheets due (Dkt. 17 ¶ 2, noting that the Court is closed June 20, 2022) | June 21, 2022 | No change |
| Trial | June 27, 2022 – July 8, 2022 | No change |

It is so **ORDERED**.

Entered:  May 26, 2022

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge