# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**Crown Packaging Technology, Inc., et al.**

vs.

**Belvac Production Machinery, Inc.**

Action No:   6:18CV00070
Date:   June 15, 2022
Judge:   Norman K. Moon
Court Reporters:   Lisa Blair
Deputy Clerk:   Carmen Amos

Plaintiffs' Attorneys
Glenn W. Pulley
Jeffrey Lesovitz
John F. Murphy
Robert P. Leeson

Defendant's Attorneys
Brian C. Riopelle
George B. Davis

**PROCEEDINGS:**
All parties present by video-conference/Zoom for Final Pretrial Conference.   Discussions regarding various trial procedures, logistics, and CDC Guidelines as to COVID-19.   Arguments heard on the pending motions in limine filed in this matter (Dkt. #s: 228, 233 – 237, and 241 – 242).

An appropriate Order will enter.


Time in Court:   2:31 p.m. – 4:31 p.m.   (2 hours)