CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/29/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC.; CARNAUDMETALBOX ENGINEERING LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>BELVAC PRODUCTION MACHINERY, INC.,<br><br>*Defendant*. | CASE NO. 6:18-cv-70<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum opinion, the Court hereby **DENIES** both parties' renewed motions for judgment as a matter of law and motions for new trial, Dkt. 336 and 338, in full.

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this order to all counsel of record.

Entered this 29th day of August 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE